## BUCK v. DUVAL.

EVANS, P. J. The due and orderly progress of an execution issued on a judgment rendered by a city court having jurisdiction of the parties and the subject-matter, and affirmed on writ of error by the Court of Appeals, will not be restrained because of a contention that the judgment of the Court of Appeals was not in harmony with precedents established by the Supreme Court. *Saffold* v. *Mangum*, 139 *Ga*. 119 (76 S. E. 858).

     *Judgment affirmed. Beck, J., absent. The other Justices concur.*
MARCH 11, 1913.

Petition for injunction. Before Judge Thomas. Tift superior court. November 2, 1912.

    *L. P. Skeen,* for plaintiff. *R. D. Smith,* for defendant.